**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

December 22, 2005

# NOTICE OF CORRECTION

**To:**                  **All Counsel of Record**

**From:**                **Clerk's Office**

**Case Style:**          **Margaret Turner Whetstone v. Fred's, Inc., et al.**

**Case Number:**         **#3:05-cv-01171-MEF-SRW**

**Referenced Document:** **Document #5**
                         **Answer**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain the correct case number in the caption and it did not contain proper electronic signature in compliance with the Civil Administrative Procedures. The corrected pdf is attached to this notice.**