```
AVSO702              ALABAMA JUDICIAL DATA CENTER
                         TALLAPOOSA   COUNTY
                          SERVICE NOTICE              CV 2005 000246.00
                                                       ASSIGNED JUDGE
-------------------------------------------------------------------------
              IN THE CIRCUIT  COURT OF TALLAPOOSA    COUNTY

  MARGARET TURNER WHETSTONE VS FRED'S, INC., ETC., ET AL          D001


     DAVIS TIMOTHY BLEDSOE            CASE NUMBER: CV 2005 000246 00
     P.O. BOX 1778                    PARTY NUMBER: C001
     ALEXANDER CITY  AL  35011

     YOUR ATTORNEY CODE IS DAV071

  THE SUMMONS AND COMPLAINT             WAS SERVED ON FRED'S INC.
  ON 11/14/2005 BY: CERTIFIED MAIL.




              DATE:11/17/2005   CLERK:FRANK LUCAS
                                      P.O. BOX 189
                                      ALEXANDER CITY  AL  35010
                                      (256)234-4361
-------------------------------------------------------------------------
  OPERATOR: SAW
  PREPARED: 11/17/2005
```

EXHIBIT "A"