```
AVSO702                ALABAMA JUDICIAL DATA CENTER
                          TALLAPOOSA   COUNTY
                            SERVICE NOTICE
                                                      CV 2005 000246.00
                                                     ASSIGNED JUDGE
------------------------------------------------------------------------
              IN THE CIRCUIT COURT OF TALLAPOOSA      COUNTY
  MARGARET TURNER WHETSTONE VS FRED'S, INC., ETC., ET AL
                                                                   D002

     DAVIS TIMOTHY BLEDSOE
     P.O. BOX 1778                     CASE NUMBER: CV 2005 000246 00
                                       PARTY NUMBER: C001
     ALEXANDER CITY   AL   35011

     YOUR ATTORNEY CODE IS DAV071

  THE SUMMONS AND COMPLAINT
  ON 11/15/2005 BY: CERTIFIED MAIL.     WAS SERVED ON CINTAS CORPORATION




             DATE: 11/17/2005   CLERK: FRANK LUCAS
                                P.O. BOX 189
                                ALEXANDER CITY   AL   35010
                                (256)234-4361
------------------------------------------------------------------------
OPERATOR: SAW
PREPARED: 11/17/2005
```

EXHIBIT "B"