**From:** efile_notice@almd.uscourts.gov
**Date:** 12/13/05 16:31:22
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 3:05-cv-01171-MEF-SRW Whetstone v. Fred's, Inc. et al "Notice (Other)"


**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Alabama Middle District

Notice of Electronic Filing

The following transaction was received from vma, entered on 12/13/2005 at 4:23 PM CST and filed on 12/9/2005

**Case Name:**       Whetstone v. Fred's, Inc. et al
**Case Number:**     3:05-cv-1171
**Filer:**           Fred's, Inc.
**Document Number:** 3

**Docket Text:**
NOTICE of Removal to CC Clerk by Fred's, Inc. (vma, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=12/13/2005] [FileNumber=459231-0
] [aaf869b80e59b609b34f827f7c5919ead8aef7972f513c24e296cee5001708e5266
37dcb8fdecb7c657380ca322b5fef27f1c37c4b5ae75fa011a5e2f7ac1595]]

**3:05-cv-1171 Notice will be electronically mailed to:**

Timothy Bledsoe Davis      ltdavis@bellsouth.net, jwelcher@bellsouth.net

Elizabeth Jackson     enj@carrallison.com

**3:05-cv-1171 Notice will be delivered by other means to:**

# EXHIBIT "C"

12/14/2005