**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 30, 2005

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Whetstone v. Fred's, Inc. et al

Case Number:    3:05-cv-01171-F

Referenced Pleading:    First Motion
Docket Entry Number:    8

The referenced pleading was filed on **December 29, 2995** in this case and is hereby STRICKEN as an erroneous docket entry.

This was filed as a first motion response to remand.  This is an erroneous docketing entry.  The correct docket entry for this pleading is as a response to the motion to remand.  The correction has been entered on the docket by the Clerk's office as Docket Entry [9].  Parties are instructed to disregard docket entry [8], which has been stricken from the record as a docketing error.  Please refer only to docket entry [9].