**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

January 3, 2006

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        Margaret Turner Whetstone v. Fred's, Inc., et al.

**Case Number:**       #3:05-cv-01171-MEF-SRW

**Referenced Document:**   Document #7
                           Motion to Remand

**This notice has been docketed to enter the complete pdf of the referenced document into the record. The original pdf was missing a page. The corrected pdf of the referenced document is attached to this notice.**