**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 4, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Whetstone v. Fred's, Inc. et al

Case Number:   3:05-cv-01171-F

**This Notice of Correction was filed in the referenced case this date to add the PDF document for Exhibit 5 which was previously omitted from Docket Entry # 9 in error.**

**The PDF document of Exhibit 5 is attached to this notice for your review.   Reference is made to docket entry # 9   filed on    December 29, 2005.**