IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARGARET TURNER WHETSTONE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FRED'S, INC., *et al.,* )<br>)<br>Defendants. ) | CASE NO. 3:05-cv-1171-F |

# **O R D E R**

Upon consideration of the defendants' Responses to Motion to Remand (Doc. #9 & #11), it is hereby

ORDERED that the plaintiff file a reply to defendants' responses on or before January 11, 2006.

DONE this the 4th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE