UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARGARET TURNER WHETSTONE,    )
                                                          )
            Plaintiff,                              )
                                                          )        CASE NUMBER:
v.                                                      )
                                                          )        3:05-cv-1171
FRED'S INC., et al.                             )
                                                          )
            Defendants.                          )

_____

NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

_____

TO:    Clerk of Court

        PLEASE TAKE NOTICE that the following discovery documents have been filed on behalf of the Defendant.

    (  ✓  )    Interrogatories to Plaintiff
    (      )    Answers to Interrogatories
    (  ✓  )    Request for Production to Plaintiff
    (      )    Response to Request for Production
    (      )    Request for Admissions
    (      )    Response to Request for Admissions
    (      )    Notice of Intent to Serve Subpoena
    (      )    Notice of Deposition to
    (      )    Other:

                            s/Elizabeth Jackson_____
                            Elizabeth Jackson (JAC084)
                            Attorney for the defendant, Fred's Pharmacy

OF COUNSEL:
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama   35216
(205)822-2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 6th, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/CEF system which I will send notification of such filing to all known counsel of record including the foregoing:

Timothy B. Davis, Esq.
DAVIS & DAVIS, L.L.C.
P. O. BOX 1778
5 Lee Street
Alexander City, AL 35011-1778

George M. Zoghby
SCOTT, SULLIVAN, STREET MAN
& FOX, P.C.
P.O. Box 1034
Mobile, AL 36633

                    s/Elizabeth Jackson
                    OF COUNSEL