# EXHIBIT "A"

```
AVSO702                      ALABAMA JUDICIAL DATA CENTER
                                TALLAPOOSA      COUNTY
                                 SERVICE NOTICE                  CV 2005 000246.00
                                                           ASSIGNED JUDGE
--------------------------------------------------------------------------------

               IN THE CIRCUIT  COURT OF TALLAPOOSA     COUNTY

   MARGARET TURNER WHETSTONE VS FRED'S, INC., ETC., ET AL                 D001


        DAVIS TIMOTHY BLEDSOE              CASE NUMBER: CV 2005 000246 00
        P.O. BOX 1778                      PARTY NUMBER:C001

        ALEXANDER CITY  AL  35011

        YOUR ATTORNEY CODE IS DAV071

   THE SUMMONS AND COMPLAINT              WAS SERVED ON FRED'S INC.
   ON 11/14/2005 BY: CERTIFIED MAIL.





                    DATE:11/17/2005  CLERK:FRANK LUCAS
                                           P.O. BOX 189
                                           ALEXANDER CITY  AL  35010
                                           (256)234-4361

--------------------------------------------------------------------------------
OPERATOR: SAW
PREPARED: 11/17/2005
```