# EXHIBIT "B"

```
AVSO702                    ALABAMA JUDICIAL DATA CENTER
                              TALLAPOOSA COUNTY
                                SERVICE NOTICE
                                                       CV 2005 000246.00
                                              ASSIGNED JUDGE
-----------------------------------------------------------------------
                 IN THE CIRCUIT COURT OF TALLAPOOSA   COUNTY
  MARGARET TURNER WHETSTONE VS FRED'S, INC., ETC., ET AL        D002

    DAVIS TIMOTHY BLEDSOE
    P.O. BOX 1778                    CASE NUMBER: CV 2005 000246 00
    ALEXANDER CITY  AL  35011        PARTY NUMBER: C001

    YOUR ATTORNEY CODE IS DAV071

  THE SUMMONS AND COMPLAINT
  ON 11/15/2005 BY: CERTIFIED MAIL.    WAS SERVED ON CINTAS CORPORATION




              DATE: 11/17/2005   CLERK: FRANK LUCAS
                                        P.O. BOX 189
                                        ALEXANDER CITY  AL  35010
                                        (256)234-4361
-----------------------------------------------------------------------
OPERATOR: SAW
PREPARED: 11/17/2005
```