# EXHIBIT "E"

Case 3:05-cv-01171-MEF-SRW    Document 6    Filed 12/22/2005    Page 1 of 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TURNER WHETSTONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | 3:05-cv-01171-MEF-SRW |
| FRED'S INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ANSWER

COME NOW the Defendant, Fred's Stores of Tennessee, Inc., and respond to the Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant denies each and every material allegation of the Complaint and demands strict proof thereof.

### THIRD DEFENSE

Defendant pleads contributory negligence.

### FOURTH DEFENSE

Defendant pleads assumption of the risk.

### FIFTH DEFENSE

Defendant contests damages.

### SIXTH DEFENSE

Defendant pleads intervening, superseding cause.

### SEVENTH DEFENSE

Defendant pleads improper venue.

### EIGHTH DEFENSE

Defendant pleads open and obvious.

### NINTH DEFENSE

The defendant pleads lack of subject matter jurisdiction.

### TENTH DEFENSE

The defendant pleads lack of personal jurisdiction.

s/ Elizabeth Jackson
Elizabeth Jackson (JAC084)
Attorney for the defendant, Fred's Pharmacy

OF COUNSEL:
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216
(205)822-2006
Fax: (205) 822-2057
enj@carrallison.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/CEF system which I will send notification of such filing to all known counsel of record, including the foregoing.

Stewart G. Springer, Esq.
950 22nd Street North, Suite 638
Birmingham, Alabama 35203

s/ Elizabeth Jackson
OF COUNSEL