UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TURNER WHETSTONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: |
| v. ) | |
| ) | 3:05-cv-1171 |
| FRED'S STORES OF TENNESSEE, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Elizabeth Jackson, of the firm of Carr Allison and files this her notice of appearance as counsel of record for the Defendant, Cintas Corporation.

                           s/Elizabeth Jackson
                           Elizabeth Jackson (JAC084)
                           Attorney for the Defendant, Cintas Corporation

OF COUNSEL:

CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216
(205)822-2006

## CERTIFICATE OF SERVICE

I hereby certify that on January __19____, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/CEF system which I will send notification of such filing to all known counsel of record including the foregoing:

Timothy B. Davis, Esq.
DAVIS & DAVIS, L.L.C.
P. O. BOX 1778
5 Lee Street
Alexander City, AL 35011-1778

George M. Zoghby
SCOTT, SULLIVAN, STREET MAN
& FOX, P.C.
P.O. Box 1034
Mobile, AL 36633

                                             s/Elizabeth Jackson
                                             OF COUNSEL