UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARGARET WHETSTONE,** | ) |
|    Plaintiff, | ) ) ) |
| | ) Case No.: 3:05cv1171-F |
| v. | ) ) |
| **FRED'S STORES OF TENNESSEE, INC., CINTAS CORP., et al.** | ) ) ) |
|    Defendants. | ) ) |

### MOTION TO WITHDRAW

COME NOW Carroll H. Sullivan, Esquire, and George M. Zoghby, Esquire, of the firm Scott, Sullivan, Streetman & Fox, P. C., and hereby file this motion to withdraw as counsel for Defendant Cintas Corporation. As grounds for said motion, the undersigned counsel state as follows:

1. Cintas Corporation will be represented by Elizabeth Jackson, Esquire, with the law firm of Carr Allison.

2. Ms. Jackson, on January 19, 2006, filed a notice of appearance as counsel for Cintas Corporation (Document 21).

WHEREFORE, premises considered, the undersigned counsel respectfully request this Honorable Court to grant this motion to withdraw as counsel for Cintas Corporation.

Respectfully submitted,

_____
CARROLL H. SULLIVAN (SULL8646)

_____
GEORGE M. ZOGHBY (ZOGH4188)
Attorneys for Cintas Corporation

**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 1034
Mobile, Alabama 36633
(251) 433-1346


## CERTIFICATE OF SERVICE

I hereby certify that on the __23__ day of January, 2006, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Timothy B. Davis, Esquire
DAVIS & DAVIS, L.L.C.
P. O. BOX 1778
5 Lee Street
Alexander City, AL 35011-1778

Elizabeth Jackson, Attorney at Law
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, Alabama 35216

_____
OF COUNSEL

2